IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: QUILVIO CAPELLAN, | : Bankruptcy No. 24-11083-PMM |
| | : |
| Debtor. | : Chapter 13 |

## ORDER OF COURT

AND NOW, this __18th__ day of __April_____, 2024, upon consideration of the Debtor's Motion for Enlargement of Time, it is hereby ORDERED and DECREED that the Debtor's deadline for filing the Chapter 13 Plan and Statement of Current Monthly Income Form 122 are extended until April 29, 2024.

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE
Hon. Patricia M. Mayer