United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                           Case No. 24-11083-pmm

Quilvio Capellan                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 1

Date Rcvd: Apr 18, 2024                 Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Quilvio Capellan, 2002 Cypress Lane, Reading, PA 19610-1412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL PATRICK FARRINGTON | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | |
| | on behalf of Debtor Quilvio Capellan steve@sottolaw.com |
| | jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  QUILVIO CAPELLAN,          : Bankruptcy No. 24-11083-PMM
                                  :
        Debtor.           : Chapter 13

## **ORDER OF COURT**

AND NOW, this __18th__ day of __April_____, 2024, upon

consideration of the Debtor's Motion for Enlargement of Time, it is hereby ORDERED and

DECREED that the Debtor's deadline for filing the Chapter 13 Plan and Statement of Current

Monthly Income Form 122 are extended until April 29, 2024.


BY THE COURT:

*Patricia M. Mayer*

_____
UNITED STATES BANKRUPTCY JUDGE

Hon. Patricia M. Mayer