Certificate Number: 14912-PAE-DE-038527947

Bankruptcy Case Number: 24-11083



14912-PAE-DE-038527947

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2024, at 5:50 o'clock AM EDT, Quilvio Capellan completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 31, 2024               By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor