**UNFI**
BETTER FOOD. BETTER FUTURE.
United Natural Foods, Inc.
1 Albion Rd, Lincoln, RI 02865

| | |
|---|---|
| Quilvio De jesus Capellan ramos | |
| 2002 Cypress Ln | |
| Wyomissing PA 19610 | |
| SSN: ███ | |

| | |
|---|---|
| Pay Group: | DN-860 - Dist Hrly Non-Exempt |
| Pay Begin Date: | 02/11/2024 |
| Pay End Date: | 02/17/2024 |
| Employee ID: | 3831664 |
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $28.000000 Hourly |

503

| | |
|---|---|
| Business Unit: | SCMFL |
| Check #: | 0000000███ |
| Check Date: | 02/23/2024 |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 28.000000 | 40.00 | 1,120.00 | 40.00 | 1,120.00 |
| Overtime Rate @ 1.5x | 42.435673 | 3.42 | 145.13 | 3.42 | 145.13 |
| Cell Phone Expense | | | 25.00 | | 25.00 |
| Premium @ $3.50 | | 5.67 | 19.85 | 5.67 | 19.85 |
| Premium @ $5.25 | | 3.42 | 17.96 | 3.42 | 17.96 |
| Expense Per Diem | | | 30.00 | | 30.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 18.89 | 18.89 |
| Fed OASDI/EE | 80.78 | 80.78 |
| PA Unempl EE | 0.91 | 0.91 |
| PA Withholding | 40.00 | 40.00 |
| PA CONEWAGO TWP WH | 13.03 | 13.03 |
| PA LS | 1.00 | 1.00 |

| Total: | 43.42 | 1,357.94 | | 1,357.94 | Total: | 154.61 | 154.61 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

| Total: | 0.00 | 0.00 | *Taxable | 0.00 | 0.00 | Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,357.94 | 1,302.94 | 154.61 | 0.00 | 1,203.33 |
| YTD: | 1,357.94 | 1,302.94 | 154.61 | 0.00 | 1,203.33 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Sick and Safe Time | 1.45 | 1.45 | |
| Paid Time Off | | | |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Check #0000000███ | 1,203.33 |



| United Natural Foods, Inc. | Pay Group: | DHN-460 - Dist Hrly Non-Exempt | Business Unit: SCMFL |
|---|---|---|---|
| 1 Albion Rd, Lincoln, RI 02865 | Pay Begin Date: | 02/18/2024 | Advice #: 000000037279618 |
| | Pay End Date: | 02/24/2024 | Advice Date: 03/01/2024 |

| Quilvio De jesus Capellan ramos | Employee ID: 3831664 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| 2002 Cypress Ln | Department: 0001050361-Transportn | Tax Status: | Married | N/A |
| Wyomissing, PA 19610 | Location: 37811-UNFI - Yor | Allowances: | N/A | N/A |
| | Pay Rate: $28.000000 Hourly | Percent: | N/A | |
| SSN: XXX-XX- | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Drivers | 28.000000 | 40.00 | 1,120.00 | 80.00 | 2,240.00 |
| Overtime Rate @ 1.5x | 42.769374 | 21.42 | 916.12 | 24.84 | 1,061.25 |
| Premium @ $5.25 | | 11.65 | 61.16 | 15.07 | 79.12 |
| Expense Per Diem | | | 50.00 | | 80.00 |
| Premium @ $3.50 | | 9.53 | 33.36 | 15.20 | 53.21 |
| Cell Phone Expense | | | 0.00 | | 25.00 |
| Total: | | 61.42 | 2,180.64 | | 3,538.58 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 63.98 | 63.98 |
| Fed MED/EE | 30.90 | 49.79 |
| Fed OASDI/EE | 132.10 | 212.88 |
| PA Unempl EE | 1.49 | 2.40 |
| PA Withholdng | 65.41 | 105.41 |
| PA CONEWAGO TWP WH | 21.31 | 34.34 |
| PA LS | 1.00 | 2.00 |
| Total: | 316.19 | 470.80 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *Taxable | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,180.64 | 2,130.64 | 316.19 | 0.00 | 1,864.45 |
| YTD: | 3,538.58 | 3,433.58 | 470.80 | 0.00 | 3,067.78 |

### PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Sick and Safe Time | 3.49 | 3.49 | |
| Paid Time Off | | | |
| Floating Holiday | 10.00 | 10.00 | |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX | 1,864.45 |
| Total: | | 1,864.45 |



**United Natural Foods, Inc.**
1 Albion Rd, Lincoln, RI 02865

Quilvio De jesus Capellan ramos
2002 Cypress Ln
Wyomissing, PA 19610

SSN: XXX-XX-████

| | |
|---|---|
| Pay Group: | DHN-460 - Dist Hrly Non-Exempt |
| Pay Begin Date: | 02/25/2024 |
| Pay End Date: | 03/02/2024 |
| Employee ID: | 3831664 |
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $28.000000 Hourly |

| | | |
|---|---|---|
| Business Unit: | SCMFL | |
| Advice #: | 000000037301913 | |
| Advice Date: | 03/08/2024 | |
| TAX DATA: | Federal | PA State |
| Tax Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Percent: | | N/A |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 28.000000 | 40.00 | 1,120.00 | 120.00 | 3,360.00 |
| Overtime Rate @ 1.5x | 42.696639 | 11.90 | 508.09 | 36.74 | 1,569.34 |
| Premium @ $5.25 | | 8.53 | 44.78 | 23.60 | 123.90 |
| Expense Per Diem | | | 50.00 | | 130.00 |
| Premium @ $3.50 | | 7.87 | 27.55 | 23.07 | 80.76 |
| Cell Phone Expense | | | 0.00 | | 25.00 |
| **Total:** | | **51.90** | **1,750.42** | | **5,289.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 12.36 | 76.34 |
| Fed MED/EE | 24.65 | 74.44 |
| Fed OASDI/EE | 105.43 | 318.31 |
| PA Unempl EE | 1.19 | 3.59 |
| PA Withholdng | 52.20 | 157.61 |
| PA CONEWAGO TWP WH | 17.00 | 51.34 |
| PA LS | 1.00 | 3.00 |
| **Total:** | **213.83** | **684.63** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,750.42 | 1,700.42 | 213.83 | 0.00 | 1,536.59 |
| YTD: | 5,289.00 | 5,134.00 | 684.63 | 0.00 | 4,604.37 |

### PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Sick and Safe Time | 5.22 | 5.22 | |
| Paid Time Off | | | |
| Floating Holiday | 10.00 | 10.00 | |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX████ | 1,536.59 |
| **Total:** | | **1,536.59** |

**UNFI**
BETTER FOOD, BETTER FUTURE.

United Natural Foods, Inc.
1 Albion Rd, Lincoln, RI 02865

| | |
|---|---|
| Pay Group: | DHN-460 - Dist Hrly Non-Exempt |
| Pay Begin Date: | 03/03/2024 |
| Pay End Date: | 03/09/2024 |

| | |
|---|---|
| Business Unit: | SCMFL |
| Advice #: | 000000037325134 |
| Advice Date: | 03/15/2024 |

Quilvio De jesus Capellan ramos
2002 Cypress Ln
Wyomissing, PA 19610
SSN:

| | |
|---|---|
| Employee ID: | 3831664 |
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $28.000000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 28.000000 | 40.00 | 1,120.00 | 160.00 | 4,480.00 |
| Overtime Rate @ 1.5x | 42.893657 | 10.72 | 459.82 | 47.46 | 2,029.16 |
| Premium @ $5.25 | | 10.72 | 56.28 | 34.32 | 180.18 |
| Expense Per Diem | | | 50.00 | | 180.00 |
| Premium @ $3.50 | | 9.82 | 34.37 | 32.89 | 115.13 |
| Cell Phone Expense | | | 0.00 | | 25.00 |
| Total: | | 50.72 | 1,720.47 | | 7,009.47 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 8.76 | 85.10 |
| Fed MED/EE | 24.22 | 98.66 |
| Fed OASDI/EE | 103.57 | 421.88 |
| PA Unempl EE | 1.17 | 4.76 |
| PA Withholdng | 51.28 | 208.89 |
| PA CONEWAGO TWP WH | 16.70 | 68.04 |
| PA LS | 1.00 | 4.00 |
| Total: | 206.70 | 891.33 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,720.47 | 1,670.47 | 206.70 | 0.00 | 1,513.77 |
| YTD: | 7,009.47 | 6,804.47 | 891.33 | 0.00 | 6,118.14 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Sick and Safe Time | 6.91 | 6.91 | |
| Paid Time Off | | | |
| Floating Holiday | 10.00 | 10.00 | |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 1,513.77 |
| Total: | | 1,513.77 |

**UNFI**

United Natural Foods, Inc.
1 Albion Rd, Lincoln, RI 02865

| Pay Group: | DHN-460 - Dist Hrly Non-Exempt | Business Unit: SCMFL |
|---|---|---|
| Pay Begin Date: | 03/10/2024 | Advice #: 000000037348205 |
| Pay End Date: | 03/16/2024 | Advice Date: 03/22/2024 |

Quilvio De jesus Capellan ramos
2002 Cypress Ln
Wyomissing, PA 19610
SSN:

| Employee ID: | 3831664 |
|---|---|
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $28.000000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 28.000000 | 40.00 | 1,120.00 | 200.00 | 5,600.00 |
| Overtime Rate @ 1.5x | 42.869844 | 14.06 | 602.75 | 61.52 | 2,631.91 |
| Floating Holiday | 28.000000 | 10.00 | 280.00 | 10.00 | 280.00 |
| Cell Phone Expense | | | 25.00 | | 50.00 |
| Premium @ $3.50 | | 7.93 | 27.76 | 40.82 | 142.89 |
| Premium @ $5.25 | | 12.63 | 66.31 | 46.95 | 246.49 |
| Expense Per Diem | | | 50.00 | | 230.00 |
| **Total:** | | **54.06** | **2,171.82** | | **9,181.29** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 59.93 | 145.03 |
| Fed MED/EE | 30.41 | 129.07 |
| Fed OASDI/EE | 130.00 | 551.88 |
| PA Unempl EE | 1.47 | 6.23 |
| PA Withholdng | 64.37 | 273.26 |
| PA CONEWAGO TWP WH | 20.97 | 89.01 |
| PA LS | 1.00 | 5.00 |
| **Total:** | **308.15** | **1,199.48** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,171.82 | 2,096.82 | 308.15 | 0.00 | 1,863.67 |
| YTD: | 9,181.29 | 8,901.29 | 1,199.48 | 0.00 | 7,981.81 |

### PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Sick and Safe Time | 8.71 | 8.71 | |
| Paid Time Off | | | |
| Floating Holiday | 10.00 | | 10.00 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 1,863.67 |
| Total: | | 1,863.67 |

# UNFI

United Natural Foods, Inc.
1 Albion Rd, Lincoln, RI 02865

**Quilvio De jesus Capellan ramos**
2002 Cypress Ln
Wyomissing, PA 19610
SSN:

| | | | | |
|---|---|---|---|---|
| Pay Group: | DHN-460 - Dist Hrly Non-Exempt | | Business Unit: | SCMFL |
| Pay Begin Date: | 03/17/2024 | | Advice #: | 000000037372561 |
| Pay End Date: | 03/23/2024 | | Advice Date: | 03/29/2024 |
| Employee ID: | 3831664 | | TAX DATA: | Federal    PA State |
| Department: | 0001050361-Transportn | | Tax Status: | Married    N/A |
| Location: | 37811-UNFI - Yor | | Allowances: | N/A        N/A |
| Pay Rate: | $28.000000 Hourly | | Percent: | N/A |
| | | | Addl. Amt.: | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 28.000000 | 40.00 | 1,120.00 | 240.00 | 6,720.00 |
| Overtime Rate @ 1.5x | 42.897072 | 11.27 | 483.45 | 72.79 | 3,115.36 |
| Premium @ $5.25 | | 11.27 | 59.17 | 58.22 | 305.66 |
| Expense Per Diem | | | 50.00 | | 280.00 |
| Premium @ $3.50 | | 9.38 | 32.83 | 50.20 | 175.72 |
| Cell Phone Expense | | | 0.00 | | 50.00 |
| Floating Holiday | | | 0.00 | 10.00 | 280.00 |
| **Total:** | | **51.27** | **1,745.45** | | **10,926.74** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 5.66 | 150.69 |
| Fed MED/EE | 24.58 | 153.65 |
| Fed OASDI/EE | 105.12 | 657.00 |
| PA Unempl EE | 1.19 | 7.42 |
| PA Withholdng | 52.05 | 325.31 |
| PA CONEWAGO TWP WH | 16.95 | 105.96 |
| PA LS | 1.00 | 6.00 |
| **Total:** | **206.55** | **1,406.03** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| UNFI 401K | 50.86 | 50.86 |
| **Total:** | **50.86** | **50.86** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,745.45 | 1,644.59 | 206.55 | 50.86 | 1,488.04 |
| YTD: | 10,926.74 | 10,545.88 | 1,406.03 | 50.86 | 9,469.85 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Sick and Safe Time | 10.42 | 10.42 | |
| Paid Time Off | | | |
| Floating Holiday | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 1,488.04 |
| **Total:** | | **1,488.04** |

**UNFI**
BETTER FOOD. BETTER FUTURE.

United Natural Foods, Inc.
1 Albion Rd, Lincoln, RI 02865

| | |
|---|---|
| Pay Group: | DHN-460 - Dist Hrly Non-Exempt |
| Pay Begin Date: | 03/24/2024 |
| Pay End Date: | 03/30/2024 |

| | |
|---|---|
| Business Unit: | SCMFL |
| Advice #: | 000000037394731 |
| Advice Date: | 04/05/2024 |

**Quilvio De jesus Capellan ramos**
2002 Cypress Ln
Wyomissing, PA 19610
SSN:

| | |
|---|---|
| Employee ID: | 3831664 |
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $28.000000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Drivers | 28.000000 | 40.00 | 1,120.00 | 280.00 | 7,840.00 |
| Overtime Rate @ 1.5x | 42.874143 | 16.05 | 688.13 | 88.84 | 3,803.49 |
| Premium @ $5.25 | | 13.13 | 68.93 | 71.35 | 374.59 |
| Expense Per Diem | | | 50.00 | | 330.00 |
| Premium @ $3.50 | | 8.30 | 29.05 | 58.50 | 204.77 |
| Cell Phone Expense | | | 0.00 | | 50.00 |
| Floating Holiday | | | 0.00 | 10.00 | 280.00 |
| **Total:** | | **56.05** | **1,956.11** | | **12,882.85** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 30.18 | 180.87 |
| Fed MED/EE | 27.64 | 181.29 |
| Fed OASDI/EE | 118.18 | 775.18 |
| PA Unempl EE | 1.33 | 8.75 |
| PA Withholdng | 58.52 | 383.83 |
| PA CONEWAGO TWP WH | 19.06 | 125.02 |
| PA LS | 1.00 | 7.00 |
| **Total:** | **255.91** | **1,661.94** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| UNFI 401K | 57.18 | 108.04 |
| **Total:** | **57.18** | **108.04** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,956.11 | 1,848.93 | 255.91 | 57.18 | 1,643.02 |
| YTD: | 12,882.85 | 12,394.81 | 1,661.94 | 108.04 | 11,112.87 |

### PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Sick and Safe Time | 12.28 | 12.28 | |
| Paid Time Off | | | |
| Floating Holiday | 10.00 | | 10.00 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 1,643.02 |
| **Total:** | | **1,643.02** |



| United Natural Foods, Inc. | | | Pay Group: | DHN-460 - Dist Hrly Non-Exempt | | Business Unit: SCMFL | |
|---|---|---|---|---|---|---|---|
| 1 Albion Rd, Lincoln, RI 02865 | | | Pay Begin Date: | 03/31/2024 | | Advice #: | 000000037417809 |
| | | | Pay End Date: | 04/06/2024 | | Advice Date: | 04/12/2024 |
| Quilvio De jesus Capellan ramos | | | Employee ID: | 3831664 | | TAX DATA: | Federal    PA State |
| 2002 Cypress Ln | | | Department: | 0001050361-Transportn | | Tax Status: | Married    N/A |
| Wyomissing, PA 19610 | | | Location: | 37811-UNFI - Yor | | Allowances: | N/A    N/A |
| | | | Pay Rate: | $28.000000 Hourly | | Percent: | N/A |
| SSN: XXX-XX- | | | | | | Addl. Amt.: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 28.000000 | 40.00 | 1,120.00 | 320.00 | 8,960.00 |
| Overtime Rate @ 1.5x | 42.489533 | 18.63 | 791.58 | 107.47 | 4,595.07 |
| Premium @ $5.25 | 5.250000 | 5.75 | 30.19 | 77.10 | 404.78 |
| Expense Per Diem | | | 147.25 | | 477.25 |
| Premium @ $3.50 | 3.500000 | 7.77 | 27.20 | 66.27 | 231.97 |
| Cell Phone Expense | | | 0.00 | | 50.00 |
| Floating Holiday | | | 0.00 | 10.00 | 280.00 |
| Total: | | 58.63 | 2,116.22 | | 14,999.07 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 37.50 | 218.37 |
| Fed MED/EE | 28.55 | 209.84 |
| Fed OASDI/EE | 122.08 | 897.26 |
| PA Unempl EE | 1.38 | 10.13 |
| PA Withholdng | 60.45 | 444.28 |
| PA CONEWAGO TWP WH | 19.69 | 144.71 |
| PA LS | 1.00 | 8.00 |
| Total: | 270.65 | 1,932.59 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| UNFI 401K | 59.07 | 167.11 |
| Total: | 59.07 | 167.11 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Employee Assistance Program | 0.22 | 0.22 |
| Basic Life Insurance | 1.31 | 1.31 |
| Basic Life Insurance* | 0.17 | 0.17 |
| Basic AD&D | 0.21 | 0.21 |
| * Taxable | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,116.22 | 1,910.07 | 270.65 | 59.07 | 1,786.50 |
| YTD: | 14,999.07 | 14,304.88 | 1,932.59 | 167.11 | 12,899.37 |

### PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Sick and Safe Time | 14.23 | 14.23 | |
| Paid Time Off | | | |
| Floating Holiday | 10.00 | | 10.00 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX | 1,786.50 |
| Total: | | 1,786.50 |