| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-11083-PMM

| | |
|---|---|
| Quilvio Capellan | Petition Filed Date: 03/31/2024 |
| 2002 Cypress Lane | 341 Hearing Date: 06/11/2024 |
| Reading  PA   19610 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2024 | $403.00 | | 06/04/2024 | $403.00 | | 07/03/2024 | $403.00 | |

**Total Receipts for the Period:  $1,209.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,612.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | **CLAIMS AND DISTRIBUTIONS** | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $463.24 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK<br>»» 003 | Unsecured Creditors | $2,606.53 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Secured Creditors | $4,483.26 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $695.11 | $0.00 | $0.00 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $352.24 | $0.00 | $0.00 |
| 7 | ONE MAIN FINANCIAL GROUP LLC<br>»» 007 | Unsecured Creditors | $4,360.90 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,065.93 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $882.98 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,057.42 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $4,260.72 | $0.00 | $0.00 |
| 12 | PA CENTRAL FEDERAL CREDIT UNION<br>»» 12S | Secured Creditors | $791.69 | $0.00 | $0.00 |
| 13 | PA CENTRAL FEDERAL CREDIT UNION<br>»» 012 | Unsecured Creditors | $1,460.59 | $0.00 | $0.00 |
| 14 | ED2GO_ELS<br>»» 013 | Unsecured Creditors | $1,890.48 | $0.00 | $0.00 |

Chapter 13 Case No. 24-11083-PMM

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,612.00 | Current Monthly Payment: | $428.00 |
| Paid to Claims: | $0.00 | Arrearages: | $50.00 |
| Paid to Trustee: | $161.20 | Total Plan Base: | $15,358.00 |
| Funds on Hand: | $1,450.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.