**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Quilvio** | **Capellan** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern** District of | **Pennsylvania** |
| Case number (if known) | **24-11083** | |

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **Ascent Fund**
Nonpriority Creditor's Name
**6009 South Sharon Ave**
Number    Street

**Sioux Falls, SD 57108**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5  0  5  5**    **$1,847.00**

When was the debt incurred?    **3/1/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **GovernmentUnsecuredGuaranteeLoan**

Debtor 1  **Quilvio**  **Capellan**  Case number *(if known)* **24-11083**
　　　　　First Name　　Middle Name　　Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**　　　　**Total claim**

---

**4.2**  **Barclays Bank Delaware**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**125 South West St**
Number　　Street
**Wilmington, DE 19801**
City　　State　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 3 3 7 2　　**$1,898.00**
**When was the debt incurred?** 7/1/2022

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

---

**4.3**  **Calfund Llc**
Nonpriority Creditor's Name
**807 E 12th St Ste 213**
Number　　Street
**Los Angeles, CA 90021**
City　　State　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 1 8 7 0　　**$20,360.00**
**When was the debt incurred?** 3/1/2022

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1  **Quilvio** **Capellan**    Case number *(if known)* **24-11083**
         First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**    Total claim

---

**4.4** **Capital One**    Last 4 digits of account number  **8  9  2  4**    **$3,253.00**
Nonpriority Creditor's Name
**P.O. Box 30253**    **When was the debt incurred?**  **8/1/2018**
Number        Street

**Salt Lake City, UT 84130**
City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**4.5** **Capital One**    Last 4 digits of account number  **3  9  4  6**    **$613.00**
Nonpriority Creditor's Name
**P.O. Box 30253**    **When was the debt incurred?**  **8/1/2021**
Number        Street

**Salt Lake City, UT 84130**
City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
❏ Yes

| Debtor 1 | Quilvio | | Capellan | Case number *(if known)* 24-11083 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**                                                                                                                                                                                                                                                Total claim

---

**4.6 Citi Card/Best Buy**
Nonpriority Creditor's Name

**Attn: Citicorp Cr Srvs Bankruptcy**

**PO Box 790040**
Number          Street

**St Louis, MO 36179-0040**
City             State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **2  6  2  7**        $3,891.00

**When was the debt incurred?**   **12/1/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.7 Citibank/The Home Depot**
Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**
Number          Street

**St Louis, MO 63179**
City             State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **9  4  4  5**        $2,993.00

**When was the debt incurred?**   **11/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

---

| Debtor 1 | **Quilvio** | | **Capellan** | Case number *(if known)* **24-11083** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**                                   Total claim

---

**4.8**

**Connexus Credit Union**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 8026**
Number     Street

**Wausau, WI 54402-8026**
City         State         ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5  4  3  6**            **$4,809.00**

**When was the debt incurred?**    **8/1/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **InstallmentSalesContract**

---

**4.9**

**Credit One Bank**
Nonpriority Creditor's Name

**6801 S Cimarron Road**
Number     Street

**Las Vegas, NV 89113**
City         State         ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1  2  1  5**            **$1,083.00**

**When was the debt incurred?**    **2/1/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

---

Debtor 1  **Quilvio** **Capellan**  Case number *(if known)* **24-11083**
          First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

---

**4.10** **Credit One Bank**
Nonpriority Creditor's Name
**6801 S Cimarron Road**
Number    Street

**Las Vegas, NV 89113**
City    State    ZIP Code

**Last 4 digits of account number**    6  2  6  9    **$739.00**
**When was the debt incurred?**    **12/1/2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.11** **One Main Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 3251**
Number    Street
**Evansville, IN 47731**
City    State    ZIP Code

**Last 4 digits of account number**    4  1  7  1    **$4,489.00**
**When was the debt incurred?**    **6/1/2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **Quilvio** **Capellan**  Case number *(if known)* **24-11083**
First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

**4.12** **Synchrony/PayPal Credit**
Nonpriority Creditor's Name
**FL 32896 Attn: Bankruptcy Orlando,**
**PO Box 965060**
Number   Street

City   State   ZIP Code

**Last 4 digits of account number**  **9  9  2  8**   **$906.00**

**When was the debt incurred?** **5/1/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.13** **Transport Funding, LLC**
Nonpriority Creditor's Name
**8717 W 110th St Ste 700**
Number   Street

**Overland Park, KS 66210-2127**
City   State   ZIP Code

**Last 4 digits of account number**  __ __ __ __   **$30,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Quilvio**           **Capellan**                     Case number *(if known)* **24-11083**
           First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**                                                                                   Total claim

| 4.14 | **Wells Fargo Bank NA** | Last 4 digits of account number  **1  4  3  1** | **$2,477.00** |

Nonpriority Creditor's Name

**1 Home Campus MAC X2303-01A**
Number          Street

**When was the debt incurred?**   **12/1/2013**

**Des Moines, IA 50328**
City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor 1  **Quilvio**     **Capellan**     Case number *(if known)* **24-11083**
    First Name     Middle Name     Last Name

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  |  | | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  | | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $79,358.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $79,358.00 |