IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| QUILVIO CAPELLAN, | : | Bankruptcy No. 24-11083-PMM |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, Stephen M. Otto, hereby certify that I served or caused to be served the First Amended Chapter 13 Plan, the Notice of Chapter 13 Bankruptcy Case, and the Amended Schedule E/F upon the Party listed below via first class USPS mail on the date indicated below.

Transport Funding, LLC
8717 W 110th Street, Suite 700
Overland Park, KS 66210-2127

DATE: November 8, 2024

By:   /s/Stephen M. Otto
Stephen M. Otto, Esq.
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510
610-926-7875
PA. I.D. No. 82463
steve@cornerstonelaw.us