**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **QUILVIO CAPELLAN** | : | |
| | : | Bky. No. 24-11083-PMM |
| | : | |
| Debtor. | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

  I, Stephen M. Otto, certify that on January 24, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

  I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: January 24, 2024              By: /s/ Stephen M. Otto
                          Stephen M. Otto Esq.
                          PA. I.D. No. 82463
                         Cornerstone Law Firm, LLC
                         8500 Allentown Pike, STE 3
                         Blandon, PA 19510
                         (610) 926-7875
                         steve@cornerstonelaw.us

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Denise Elizabeth Carlon on behalf of Creditor PennyMac Loan Services, LLC
Creditor
Via:    **X CM/ECF**    1st Class Mail    Certified Mail    e-mail:

Bret Patrick Shaffer on behalf of Creditor PA Central Federal Credit Union
Creditor
Via:    **X CM/ECF**    1st Class Mail    Certified Mail    e-mail:

United States Trustee
Via:    **X CM/ECF**    1st Class Mail    Certified Mail    e-mail:

Scott Waterman
Trustee
Via:    **X CM/ECF**    1st Class Mail    Certified Mail    e-mail:

Ascent Fund
6009 South Sharon Ave
Sioux Falls, SD 57108
Creditor
Via:    CM/ECF    **X 1st Class Mail**    Certified Mail    e-mail:

Barclays Bank Delaware
Attn: Bankruptcy
125 South West St
Wilmington, DE 19801
Creditor
Via:    CM/ECF    **X 1st Class Mail**    Certified Mail    e-mail:

Calfund LLC
807 E 12th St Ste 213
Los Angeles, CA 90021
Creditor
Via:    CM/ECF    **X 1st Class Mail**    Certified Mail    e-mail:

Capital One
P.O. Box 30253
Salt Lake City, UT 84130
Creditor
Via:    CM/ECF    **X 1st Class Mail**    Certified Mail    e-mail:

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Creditor
Via:    CM/ECF    **X 1st Class Mail**    Certified Mail    e-mail:

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Bankruptcy
PO Box 790040
St Louis, MO 36179-0040
Creditor
Via:     CM/ECF     <u>X **1st Class Mail**</u>     Certified Mail     e-mail:

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179
Creditor
Via:     CM/ECF     <u>X **1st Class Mail**</u>     Certified Mail     e-mail:

Connexus Credit Union
Attn: Bankruptcy
PO Box 8026
Wausau, WI 54402-8026
Creditor
Via:     CM/ECF     <u>X **1st Class Mail**</u>     Certified Mail     e-mail:

Credit Acceptance
25505 West Twelve Mile Road
Southfield, MI 48034
Creditor
Via:     CM/ECF     <u>X **1st Class Mail**</u>     Certified Mail     e-mail:

Credit One Bank
6801 S Cimarron Road
Las Vegas, NV 89113
Creditor
Via:     CM/ECF     <u>X **1st Class Mail**</u>     Certified Mail     e-mail:

ed2go_ELS
c/o Launch Servicing, LLC
PO BOX 91910
Sioux Falls, SD 57109
Creditor
Via:     CM/ECF     <u>X **1st Class Mail**</u>     Certified Mail     e-mail:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via:     CM/ECF     <u>X **1st Class Mail**</u>     Certified Mail     e-mail:

One Main Financial
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731
Creditor
Via:       CM/ECF       X **1st Class Mail**       Certified Mail       e-mail:

PA Central Federal Credit Union
959 East Park Drive
Harrisburg PA 17111
Creditor
Via:       CM/ECF       X **1st Class Mail**       Certified Mail       e-mail:

Pennsylvania Central F
959 E Park Dr
Harrisburg, PA 17111
Creditor
Via:       CM/ECF       X **1st Class Mail**       Certified Mail       e-mail:

PENNYMAC LOAN SERVICES, LLC
P.O. Box 2410
Moorpark, CA 93020
Creditor
Via:       CM/ECF       X **1st Class Mail**       Certified Mail       e-mail:

PennyMac Loan Services, LLC
Attn: Correspondence Unit
PO Box 514387
Los Angeles, CA 90051-4387
Creditor
Via:       CM/ECF       X **1st Class Mail**       Certified Mail       e-mail:

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541
Creditor
Via:       CM/ECF       X **1st Class Mail**       Certified Mail       e-mail:

Quantum3 Group LLC as agent for
Aqua Finance Inc
PO Box 788
Kirkland, WA 98083-0788
Creditor
Via:       CM/ECF       X **1st Class Mail**       Certified Mail       e-mail:

Synchrony/PayPal Credit
Attn: Bankruptcy
Orlando, FL 32896
PO Box 965060
Creditor
Via:       CM/ECF       <u>X 1st Class Mail</u>       Certified Mail       e-mail:

Transport Funding, LLC
8717 W 110th Street, Suite 700
Overland Park, KS 66210-2127
Creditor
Via:       CM/ECF       <u>X 1st Class Mail</u>       Certified Mail       e-mail:

U.S. Department of Housing and Urban Development
801 Market Street
Philadelphia, PA 19107
Creditor
Via:       CM/ECF       <u>X 1st Class Mail</u>       Certified Mail       e-mail:

Wells Fargo Bank NA
Attn: WF Bankruptcy
1 Home Campus MAC X2303-01A
Des Moines, IA 50328
Creditor
Via:       CM/ECF       <u>X 1st Class Mail</u>       Certified Mail       e-mail:

Wells Fargo Bank Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038
Creditor
Via:       CM/ECF       <u>X 1st Class Mail</u>       Certified Mail       e-mail: