United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-11083-pmm
Quilvio Capellan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Jan 30, 2025      Form ID: 155      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Quilvio Capellan, 2002 Cypress Lane, Reading, PA 19610-1412 |
| 14869652 | + | Ascent Fund, 6009 South Sharon Ave, Sioux Falls, SD 57108-5752 |
| 14869654 | ++ | CALFUND LLC, 1633 WESTWOOD BLVD, LOS ANGELES CA 90024-5603 address filed with court:, Calfund Llc, 807 E 12th St Ste 213, Los Angeles, CA 90021 |
| 14894815 | + | PA Central Federal Credit Union, 959 East Park Drive, Harrisburg PA 17111-2894 |
| 14895108 | + | Pa Central Federal Credit Union, c/o Bret P. Shaffer, Esquire, Attorney I.D. #309180: PA, Schiffman, Sheridan & Brown, P.C., 2080 Linglestown Road, Suite 201 Harrisburg, PA 17110-9670 |
| 14869662 | + | Pennsylvania Central F, 959 E Park Dr, Harrisburg, PA 17111-2810 |
| 14872745 | + | PennyMac Loan Services LLC, c/o Michael Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14869653 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 30 2025 23:59:00 | Barclays Bank Delaware, Attn: Bankruptcy 125 South West St, Wilmington, DE 19801-5014 |
| 14869659 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 30 2025 23:59:00 | Credit Acceptance, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14869655 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 00:04:04 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14879839 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2025 00:17:42 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14869656 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 00:16:27 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14869657 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 00:17:57 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14869658 | | Email/Text: bankruptcy@connexuscu.org | Jan 31 2025 00:00:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 14869660 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2025 00:04:37 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 14893984 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 00:04:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14869661 | + | Email/PDF: cbp@omf.com | Jan 31 2025 00:03:35 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14891015 | + | Email/PDF: cbp@omf.com | Jan 31 2025 00:04:36 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14883949 | + | Email/PDF: ebnotices@pnmac.com | Jan 31 2025 00:04:41 | PENNYMAC LOAN SERVICES, LLC, P.O. Box |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2410, Moorpark, CA 93020-2410 |
| 14893452 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2025 00:16:22 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14869663 | | Email/PDF: ebnotices@pnmac.com | Jan 31 2025 00:17:44 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14877357 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2025 23:59:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14944435 | | Email/Text: ldoering@transportfunding.com | Jan 31 2025 00:00:00 | Transport Funding, LLC, 8717 W 110th Street, Suite 700, Overland Park, KS 66210-2127 |
| 14870666 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 31 2025 01:29:56 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14869665 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2025 00:17:36 | Wells Fargo Bank NA, Attn: WF Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14873686 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2025 00:04:06 | Wells Fargo Bank Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 14895104 | + | Email/Text: customerservice@launchservicing.com | Jan 30 2025 23:59:03 | ed2go_ELS, c/o Launch Servicing, LLC, PO BOX 91910, Sioux Falls, SD 57109-1910 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14869664 | | Synchrony/PayPal Credit, FL 32896, Attn: Bankruptcy, Orlando,, PO Box 965060 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2025           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRET PATRICK SHAFFER | on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com kshirk@ssbc-law.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 155 | Total Noticed: 27 |

ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO

on behalf of Debtor Quilvio Capellan steve@sottolaw.com
valeria@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Quilvio Capellan<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11083−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: January 30, 2025                                       For The Court

                                                             Patricia M. Mayer
                                                             Judge, United States Bankruptcy Court