| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-11083-PMM

Quilvio Capellan  
2002 Cypress Lane  
Reading  PA   19610

Petition Filed Date: 03/31/2024  
341 Hearing Date: 06/11/2024  
Confirmation Date: 01/30/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $403.00 | | 09/03/2024 | $403.00 | | 10/03/2024 | $403.00 | |
| 11/04/2024 | $428.00 | | 12/04/2024 | $428.00 | | 01/03/2025 | $428.00 | |
| 02/03/2025 | $428.00 | | 03/05/2025 | $449.00 | | 04/02/2025 | $449.00 | |
| 05/05/2025 | $449.00 | | 06/03/2025 | $449.00 | | 07/03/2025 | $449.00 | |

**Total Receipts for the Period: $5,166.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,824.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP »» 001 | Secured Creditors | $7,363.08 | $2,201.27 | $5,161.81 |
| 2 | US DEPARTMENT OF HUD »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK »» 003 | Unsecured Creditors | $2,606.53 | $0.00 | $2,606.53 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $4,483.26 | $0.00 | $4,483.26 |
| 5 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $695.11 | $0.00 | $695.11 |
| 6 | PENNYMAC LOAN SERVICES LLC »» 006 | Mortgage Arrears | $352.24 | $105.31 | $246.93 |
| 7 | ONE MAIN FINANCIAL GROUP LLC »» 007 | Unsecured Creditors | $4,360.90 | $0.00 | $4,360.90 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $2,065.93 | $0.00 | $2,065.93 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $882.98 | $0.00 | $882.98 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,057.42 | $0.00 | $1,057.42 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $4,260.72 | $0.00 | $4,260.72 |
| 12 | PA CENTRAL FEDERAL CREDIT UNION »» 12S | Secured Creditors | $791.69 | $236.70 | $554.99 |
| 13 | PA CENTRAL FEDERAL CREDIT UNION »» 012 | Unsecured Creditors | $1,460.59 | $0.00 | $1,460.59 |
| 14 | ED2GO_ELS »» 013 | Unsecured Creditors | $1,890.48 | $0.00 | $1,890.48 |

**Chapter 13 Case No. 24-11083-PMM**

| 15 | ASCENT FUND | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CALFUND LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CITIBANK/HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | SYNCHRONY/PAYPAL CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TRANSPORT FUNDING LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,824.00 | Current Monthly Payment: | $449.00 |
| Paid to Claims: | $6,268.28 | Arrearages: | $21.00 |
| Paid to Trustee: | $555.72 | Total Plan Base: | $15,825.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.