Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Quilvio Capellan
2002 Cypress Lane
Reading, PA 19610

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11083-PMM**

Petition Filed Date: 03/31/2024
341 Hearing Date: 06/11/2024
Confirmation Date: 01/30/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $449.00 | | 09/03/2025 | $449.00 | | 10/03/2025 | $449.00 | |
| 11/03/2025 | $449.00 | | 12/04/2025 | $449.00 | | 01/05/2026 | $449.00 | |
| 02/02/2026 | $449.00 | | 03/05/2026 | $449.00 | | 04/02/2026 | $449.00 | |
| 05/04/2026 | $449.00 | | 06/02/2026 | $449.00 | | 07/06/2026 | $449.00 | |

**Total Receipts for the Period: $5,388.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $12,212.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $7,363.08 | $6,514.29 | $848.79 |
| 2 | US DEPARTMENT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK<br>»» 003 | Unsecured Creditors | $2,606.53 | $0.00 | $2,606.53 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $4,483.26 | $0.00 | $4,483.26 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $695.11 | $0.00 | $695.11 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $352.24 | $311.64 | $40.60 |
| 7 | ONEMAIN FINANCIAL GROUP LLC<br>»» 007 | Unsecured Creditors | $4,360.90 | $0.00 | $4,360.90 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,065.93 | $0.00 | $2,065.93 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $882.98 | $0.00 | $882.98 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,057.42 | $0.00 | $1,057.42 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $4,260.72 | $0.00 | $4,260.72 |
| 12 | PA CENTRAL FEDERAL CREDIT UNION<br>»» 12S | Secured Creditors | $791.69 | $700.44 | $91.25 |

**Chapter 13 Case No. 24-11083-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PA CENTRAL FEDERAL CREDIT UNION<br>»» 012 | Unsecured Creditors | $1,460.59 | $0.00 | $1,460.59 |
| 14 | ED2GO_ELS<br>»» 013 | Unsecured Creditors | $1,890.48 | $0.00 | $1,890.48 |
| 15 | ASCENT FUND | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CALFUND LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CITIBANK/HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | SYNCHRONY/PAYPAL CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TRANSPORT FUNDING LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,212.00 | Current Monthly Payment: | $449.00 |
| Paid to Claims: | $11,251.37 | Arrearages: | $21.00 |
| Paid to Trustee: | $960.63 | Total Plan Base: | $15,825.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.